# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1465
L.T. Case No. 2022-SC-004141

_____

RICHARD LOISEAU,

Appellant,

v.

KENNEDY REALTY GROUP AND
CARDONE REALTY 401K PLAN,

Appellees.

_____

On appeal from the County Court for Seminole County,
Wayne E. Culver, Judge.

Richard Loiseau, Longwood, pro se.

No Appearance for Appellees.

May 21, 2024

PER CURIAM.

AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____